CLASS, Appellant, v. CONGER MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Action by George B. Class against the Conger

Manufacturing Company. A. G. Reeves, for appellant. F. W. Clifford, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN and CLARKE, JJ., dissent.